The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SABER INTERACTIVE INC., <br><br> Plaintiff, <br><br> v. <br><br> OOVEE, LTD., ZANE SAXTON, DEVIN MILSOM and VINCE MILSOM, <br><br> Defendants. | NO.   2:21-CV-01201-JHC <br><br> **STIPULATION AND ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT, WITHDRAWING MOTION TO DISMISS FIRST AMENDED COMPLAINT, AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: April 29, 2022 |

**WHEREAS,** Plaintiff Saber Interactive Inc. ("Saber") and Defendant Oovee, Ltd. ("Oovee") are parties to this lawsuit;

**WHEREAS,** on September 2, 2021, Saber filed its Complaint against Oovee;

**WHEREAS,** on February 9, 2022, Saber filed its First Amended Complaint against Oovee;

**WHEREAS,** on April 14, 2022, Oovee filed its Motion to Dismiss Saber's First Amended Complaint;

STIPULATION AND ORDER ALLOWING FILING OF
SECOND AMENDED COMPLAINT, WITHDRAWING
MOTION TO DISMISS FIRST AMENDED COMPLAINT,
AND SETTING BRIEFING SCHEDULE FOR MOTION TO
DISMISS SECOND AMENDED COMPLAINT - 1
No. 2:21-CV-01201-JHC

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

WHEREAS, on April 26, 2022, Saber filed its Second Amended Complaint against Oovee without seeking leave of Court;

WHEREAS, in the interest of judicial economy, the parties desire to permit the Second Amended Complaint to be filed pursuant to Federal Rule of Civil Procedure 15(a)(2), to withdraw Oovee's Motion to Dismiss Saber's First Amended Complaint, and to set a briefing schedule for Oovee's Motion to Dismiss Saber's Second Amended Complaint;

THEREFORE, by their respective undersigned counsel, Saber and Oovee hereby stipulate and agree as follows:

1. Saber's Second Amended Complaint will be deemed filed as of the date of the entry of this Court's Order;
2. Oovee's Motion to Dismiss Saber's First Amended Complaint shall be withdrawn.
3. Oovee's Motion to Dismiss Saber's Second Amended Complaint shall be filed no later than May 19, 2022.
4. Saber's Opposition, if any, and Oovee's Reply, if any, shall be file pursuant to the deadlines set forth in LCR 7(d)(3).

SO STIPULATED AND AGREED this 29th day of April, 2022.

| SAVITT BRUCE & WILLEY LLP | NEWMAN DU WORS DURRANCE LLP |
|---|---|
| By: s/ Michael E. Chait | By: s/ Keith Scully |
| Michael E. Chait, WSBA #48842 | Nathaniel Durrance, WSBA #41627 |
| Brandi B. Balanda, WSBA #48836 | Keith Scully, WSBA #28677 |
| Chris J. Lindemeier, WSBA #55515 | 2101 Fourth Avenue, Suite 1500 |
| 1425 Fourth Avenue Suite 800 | Seattle, Washington 98121 |
| Seattle, Washington 98101-2272 | Telephone: 206.274.2800 |
| Telephone: 206.749.0500 | Facsimile: 206.274.2801 |
| Facsimile: 206.749.0600 | Email: nate@newmanlaw.com |
| Email: mchait@sbwllp.com | Email: keith@newmanlaw.com |
| Email: bbalanda@sbwLLP.com | |
| Email: clindemeier@sbwLLP.com | |
| Attorneys for Defendant Oovee, LTD | Attorneys for Plaintiff Saber Interactive, Inc. |

STIPULATION AND ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT, WITHDRAWING MOTION TO DISMISS FIRST AMENDED COMPLAINT, AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT - 2
No. 2:21-CV-01201-JHC

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

I. ORDER

Based on the above stipulation of the parties, the Court orders as follows:

1. Plaintiff Saber Interactive Inc.'s ("Saber") Second Amended Complaint is deemed filed as of the date of the entry of this Order.

2. Defendant Oovee, Ltd.'s ("Oovee") Motion to Dismiss Saber's First Amended Complaint is withdrawn.

3. Oovee's Motion to Dismiss Saber's Second Amended Complaint shall be filed no later than May 19, 2022.

4. Saber's Opposition, if any, and Oovee's Reply, if any, shall be file pursuant to the deadlines set forth in LCR 7(d)(3).

**IT IS SO ORDERED.**

DATED this 29th day of April, 2022.

*/s/ John H. Chun*

The Honorable John H. Chun
United States District Judge

PRESENTED BY:

**SAVITT BRUCE & WILLEY LLP**

By: *s/ Michael E. Chait*
Michael E. Chait, WSBA #48842
Brandi B. Balanda, WSBA #48836
Chris J. Lindemeier, WSBA #55515
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile: 206.749.0600
Email: mchait@sbwllp.com
Email: bbalanda@sbwLLP.com
Email: clindemeier@sbwLLP.com
Attorneys for Defendant Oovee, LTD

CERTIFICATE OF SERVICE
No. 2:21-CV-01201-JHC

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500