1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SABER INTERACTIVE INC., | CASE NO. 2:21-cv-01201-JHC |
| Plaintiff, | ORDER |
| v. | |
| OOVEE, LTD., ZANE SAXTON, DEVIN MILSOM and VINCE MILSOM, | |
| Defendants. | |

THIS MATTER comes before the Court on Oovee, Ltd's Motion for Relief from the Initial Disclosures Deadline and for a Protective Order to Stay Discovery Pending Resolution of Motion to Dismiss (the "Motion"). Having considered the Motion and all pleadings, papers and evidence filed in support thereof or in response or opposition thereto, the Court is fully advised.

NOW, THEREFORE, Oovee, Ltd's Motion is GRANTED.

It is hereby ORDERED that:

1.  Good cause exists to vacate or stay the deadline for initial disclosures and to stay any subsequent discovery pending resolution of Oovee's Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. #27) ("Motion to Dismiss"). The Motion to Dismiss was fully

ORDERORDERORDER - 1

briefed by June 10, 2022, concerns only issues of law, and if granted, would dispose of this entire action.

2. The lack of any prejudice to Saber by the stay requested and the significant and potentially unnecessary costs that requiring early discovery would cause Oovee justifies the propriety of the relief Oovee seeks.

3. Accordingly, the Court stays the initial disclosures deadline and hereby issues this protective order staying service of any subsequent discovery request until twenty-one (21) days after the Court's final order on the pending Motion to Dismiss.

IT IS SO ORDERED.

Dated this 13th day of June, 2022.

*/s/ John H. Chun*

John H. Chun
United States District Judge

ORDER - 2