UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SABER INTERACTIVE INC., | CASE NO. 2:21-cv-01201-JHC |
| Plaintiff, | ORDER |
| v. | |
| OOVEE, LTD., ZANE SAXTON, DEVIN MILSOM and VINCE MILSOM, | |
| Defendants. | |

Before the Court is Plaintiff Saber Interactive Inc.'s motion for reconsideration of the Court's order granting Defendants' motion to dismiss the second amended complaint. Dkt. # 47 (motion for reconsideration); Dkt. # 46 (order granting motion to dismiss). Pursuant to Local Civil Rule 7(h)(3), the Court DIRECTS Defendants to file a response to Saber's motion for reconsideration no later than Monday, September 26, 2022. Defendants' responsive brief shall not exceed ten (10) pages in length and shall be limited to the issues raised in Saber's motion for reconsideration. Saber may file an optional reply no later than Friday, September 30, 2022. Saber's optional reply shall not exceed five (5) pages in length.

ORDER - 1

In its order granting the motion to dismiss the second amended complaint, the Court granted Saber until September 16 to file an amended complaint. Dkt. # 46 at 26. This deadline is suspended until the Court rules on the motion for reconsideration.

The Court DIRECTS the Clerk to re-note Saber's motion for reconsideration (Dkt. # 47) for Friday, September 30, 2022.

Dated this 15th day of September, 2022.

John H. Chun
United States District Judge

ORDER - 2