The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SABER INTERACTIVE INC., <br><br> Plaintiff, <br><br> v. <br><br> OOVEE, LTD., ZANE SAXTON, DEVIN MILSOM and VINCE MILSOM, <br><br> Defendants. | NO.   2:21-CV-01201 <br><br> **STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE TO FILE RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: NOVEMBER 8, 2022 |

STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE TO FILE RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT
No. 2:21-CV-01201

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## I.  STIPULATION

Plaintiff Saber Interactive Inc. and Defendant Oovee, LTD, by and through their counsel of record and subject to the Court's approval, hereby stipulate and agree that the deadline for Defendant to answer or otherwise respond to Plaintiff's Third Amended Complaint, currently set for November 9, 2022, may and should be extended by 14 days to November 23, 2022.

Plaintiff's opposition to any responsive motion(s) shall be due on December 14, 2022, and Defendant's reply, if any, shall be due on December 21, 2022.

A proposed order is attached to this stipulation.

SO STIPULATED AND AGREED this 8th day of November, 2022.

| | |
|---|---|
| **SAVITT BRUCE & WILLEY LLP** | **NEWMAN DU WORS DURRANCE LLP** |
| By  *s/Michael E. Chait*<br>Michael E. Chait, WSBA #48842<br>Brandi B. Balanda, WSBA #48836<br>Chris J. Lindemeier, WSBA #55515<br>1425 Fourth Avenue Suite 800<br>Seattle, Washington 98101-2272<br>Telephone: 206.749.0500<br>Facsimile:  206.749.0600<br>Email: mchait@sbwllp.com<br>Email: bbalanda@sbwLLP.com<br>Email: clindemeier@sbwLLP.com | By  *s/ Keith Scully*<br>Nathaniel Durrance, WSBA #41627<br>Keith Scully, WSBA #28677<br>2101 Fourth Avenue, Suite 1500<br>Seattle, Washington 98121<br>Telephone: 206.274.2800<br>Facsimile: 206.274.2801<br>Email: nate@newmanlaw.com<br>Email: keith@newmanlaw.com |
| *Attorneys for Defendant Oovee, LTD* | *Attorneys for Plaintiff Saber Interactive, Inc.* |

STIPULATED MOTION AND ORDER FOR EXTENSION
OF DEADLINE TO FILE RESPONSE TO PLAINTIFF'S
THIRD AMENDED COMPLAINT
No. 2:21-CV-01201

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## II.   ORDER

The parties have stipulated to extend Defendant Oovee, LTD's deadline (currently set for November 9, 2022) to serve its answer or otherwise respond to Plaintiff's Third Amended Complaint. The Court accepts the parties' stipulation.

IT IS HEREBY ORDERED that Defendant Oovee, LTD's deadline to serve its answer or otherwise respond to the Third Amended Complaint is extended by 14 days to November 23, 2022.

Plaintiff's opposition to any responsive motion(s) shall be due on December 14, 2022, and Defendant's reply, if any, shall be due on December 21, 2022.

DATED this 8th day of November, 2022.

_____
The Honorable John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE TO FILE RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT
No. 2:21-CV-01201

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 8th day of November, 2022 at Seattle, Washington.

_____
Eric Yocom

CERTIFICATE OF SERVICE
No. 2:21-CV-01201

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500