1

The Honorable John H. Chun

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

9

10

SABER INTERACTIVE INC.,

Case No. 2:21-cv-01201-JHC

11

Plaintiff,

**STIPULATION FOR DISMISSAL WITH
PREJUDICE**

12

v.

13

OOVEE, LTD., ZANE SAXTON, DEVIN
MILSOM and VINCE MILSOM,

14

15

Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL WITH
PREJUDICE —1
[2:21-cv-01201-JHC ]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1    Pursuant to FRCP 41, the parties hereto, by and through their attorneys, stipulate and agree

2    that the above-referenced matter has been fully settled and that all claims against all parties

3    should now be dismissed with prejudice and without costs or attorneys' fees to either party.

4

5    Dated: December 7, 2022                    Respectfully submitted,

6
     s/ Nathaniel Durrance_____         s/ Michael E. Chait_____
7    Nathaniel Durrance, WSBA No. 41627         Michael E. Chait, WSBA #48842
     NEWMAN DU WORS LLP                         Brandi B. Balanda, WSBA #48836
8    2101 Fourth Avenue, Suite 1500             Chris J. Lindemeier, WSBA #55515
     Seattle, WA  98121                         SAVITT BRUCE & WILLEY LLP
9    Telephone:    (206) 274-2800               1425 Fourth Avenue Suite 800
     Facsimile:    (206) 274-2801               Seattle, Washington 98101-2272
10   Email:        nate@newmanlaw.com           Telephone: 206.749.0500
                                                Facsimile: 206.749.0600
11   Counsel for Plaintiff                      Email: mchait@sbwllp.com
12   Saber Interactive, Inc.                    Email: bbalanda@sbwLLP.com
                                                Email: clindemeier@sbwLLP.com
13
                                                Attorneys for Defendant
14                                              Oovee, LTD

15

16

17

18

19

20

21

22

23

24

25

26

27

28