The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SABER INTERACTIVE INC., | Case No. 2:21-cv-01201-JHC |
| Plaintiff, | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| OOVEE, LTD., ZANE SAXTON, DEVIN MILSOM and VINCE MILSOM, | |
| Defendants. | |

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE —1
[2:21-cv-01201-JHC ]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

This cause comes on the Parties' Stipulation for Dismissal with Prejudice. The Court being fully advised in the premises; now, therefore, it is hereby

ORDERED that the above-entitled matter is dismissed with prejudice without costs or attorneys' fees.

DATED this _____ day of _____, 2022.

                                    _____
                                    The Honorable John H. Chun
                                    United States District Judge

[PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE —2
[2:21-cv-01201-JHC ]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800