The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SABER INTERACTIVE INC., | Case No. 2:21-cv-01201-JHC |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| OOVEE, LTD., ZANE SAXTON, DEVIN MILSOM and VINCE MILSOM, | |
| Defendants. | |

This cause comes on the Parties' Stipulation for Dismissal with Prejudice. The Court being fully advised in the premises; now, therefore, it is hereby

ORDERED that the above-entitled matter is dismissed with prejudice without costs or attorneys' fees.

DATED this 8th day of December, 2022.

_____
The Honorable John H. Chun
United States District Judge